Wilhelmina Reuhl v. Theodore C. Reuhl.— Motions to dismiss appeal granted, without costs.

Doubleday, Page & Company v. Frank W. Shumaker. Percival Garretson v. Standard Milk Flour Company.— Motions to dismiss appeals granted, with ten dollars costs.

William A. Woodbury and Others v. Robert Buggeln and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in the order.

John E. McNabb v. Alexander Typewriter Company and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Esther Behrens v. Charles Roth, as Executor, and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

In the Matter of Belmont Avenue.— Motion to dismiss appeal granted, with ten dollars costs.

Max Willner v. Mink Restaurant Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

In the Matter of Rebecca Ladew, Deceased. (No. 1.)— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Rebecca Ladew, Deceased. (No. 2.)— Motion to dismiss appeal granted, with ten dollars costs.

Joseph N. Early v. Thomas E. Munday.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Carl Rappolt v. Louis Hirsch and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Marguerite Brady, as Administratrix, v. Pennsylvania Steel Company — Motion granted and case set down for April eighteenth.

John B. Loughlin and Others v. Philip Manson. Robert Hamburger v. The City of New York. Carl Lentsch and Others v. Abraham M. Eisenberg.— Applications denied, with ten dollars costs. Orders signed.

Frank Rando v. National Park Bank of New York. The People of the State of New York ex rel. James G. Collins v. John F. Ahearn, etc. District No. 1, Independent Order B'Nai B'rith v. Goldstein and Others. Leo Frank and Others v. William Bernard.— Motions denied, with ten dollars costs.

Lawrence F. Hogan v. The Board of Education.— Motion granted.

In the Matter of Agnes L. C. A. Wynkoop (In the Matter of the City Chamberlain).— There must be an order of reference. Settle order on notice.

William H. Fearing, Respondent, v. Van Sinderen Lindsley, Appellant.— Judgment and order affirmed, with costs. No opinion.

Henry S. Story and J. Willis Flickinger, Appellants, v. Jacob B. Wolff and Gustav Miller, Impleaded with May Irwin Eisfeldt, Respondent, and David Buist, Appellant. (No. 1.) — Judgment affirmed, with costs. No opinion.

Tower Manufacturing and Novelty Company, Respondent, v. Metropolitan Express Company, Appellant.— Judgment and order affirmed, with costs. No opinion.